# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130547

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 130547
COA: 257845
Calhoun CC: 2003-003708-FH

ROSWOLD PALL ADKINS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

p0619